*Pepper* for petitioner. *Messrs. Thomas G. Haight* and *E. Clarkson Seward* for respondent.

No. 114. OROVILLE-WYANDOTTE IRRIGATION DISTRICT *v.* RUTHERFORD. October 10, 1932. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Blair S. Shuman* and *Walter C. Fox, Jr.,* for petitioner. *Mr. Douglas Brookman* for respondent. See also 2 P. (2d) 803.

No. 115. PERRY *v.* WIGGINS. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Paul Bakewell, Jr.,* for petitioner. *Mr. Daniel N. Kirby* for respondent.

No. 116. WESTMORELAND SPECIALTY CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson,* and *Erwin N. Griswold* for respondent.

No. 117. MCCLURE, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whit-*